IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE § | |
| PETITION OF MARVIN L. § | No. 301, 2025 |
| BROWN SR. FOR A WRIT OF § | |
| HABEAS CORPUS § | |

Submitted: July 31, 2025
Decided:  August 14, 2025

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## ORDER

This 14th day of August 2025, having considered the notice to show cause and the petitioner's response, it appears to the Court that:

(1) The petitioner, Marvin L. Brown Sr., filed a petition for a writ of habeas corpus in this Court. The Clerk issued a notice directing Brown to show cause why his petition should not be dismissed for this Court's lack of jurisdiction to issue a writ of habeas corpus.

(2) In his response to the notice to show cause, Brown addresses the merits of his petition but does not address this Court's lack of jurisdiction. This Court has no original jurisdiction to issue a writ of habeas corpus.[1] Brown's petition manifestly fails on its face to invoke this Court's original jurisdiction, and it must be dismissed.

---

[1] Del. Const. art. IV, § 11(5); 10 *Del. C.* § 6901; *In re Cantrell*, 678 A.2d 525, 526 (Del. 1996).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that the petition for a writ of habeas corpus is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice